IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
AT MEMPHIS

| | |
|---|---|
| MEENA JAIN, M.D., | ) |
| Plaintiff, | ) Case No. 2:08cv2119 |
| v. | ) JURY DEMAND |
| MEMPHIS-SHELBY COUNTY AIRPORT AUTHORITY and SERVICE MANAGEMENT SYSTEMS, INC., | ) JUDGE S. THOMAS ANDERSON ) MAGISTRATE JUDGE DIANE K. VESCOVO |
| Defendants. | ) |

## ORDER

Based upon the Motion for Oral Argument and Leave to File Sur-Reply filed by the Plaintiff, [Dkt. No. 34] and the entire record in this action, the Court hereby orders as follows:

1. Regarding the Defendants' Motion to Amend the Scheduling Order (Dkt. No. 23), the Plaintiff is granted leave to file a sur-reply brief to address the issues and arguments raised by the Defendants in their Reply brief.

2. The Court will hear oral argument on the Defendants' Motion to Amend the Scheduling Order (Dkt. No. 23) on August 27th, 2009 at 11:00 am.

IT IS SO ORDERED.

s/Diane K. Vescovo

MAGISTRATE JUDGE DIANE K. VESCOVO

DATE: August 21, 2009

2192489 v1
109302-001

APPROVED FOR ENTRY:

/s/ Eric W. Smith
Luther Wright, Jr. (No. 17626)
Eric W. Smith (No. 21694)
BRADLEY ARANT BOULT CUMMINGS LLP
1600 Division Street, Suite 700
Nashville, Tennessee 37203
(615) 252-2381

*Attorneys for Plaintiff*